# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

888EXTRAMONEY.COM, LLC, d/b/a
EXTRAMEASURES, LLC, a Delaware corporation,

    Plaintiff,
    vs

MERIDIAN ENTERPRISES CORPORATION, a Missouri corporation,

    Defendant.

FILED
08 APR 22 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0729 BEN BLM

TO: (Name and Address of Defendant)

 YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
 Michael L. Mallow
 LOEB & LOEB LLP
 10100 Santa Monica Blvd., Suite 2200
 Los Angeles, CA 90067

 An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 2 2 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com