MICHAEL L. MALLOW (SBN 188745)
MMALLOW@LOEB.COM
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Plaintiff
888EXTRAMONEY.COM, LLC, d/b/a
EXTRAMEASURES, LLC

FILED
08 APR 22 PM 3:53
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

08 CV 0729 BEN BLM

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 888EXTRAMONEY.COM, LLC, d/b/a EXTRAMEASURES, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN ENTERPRISES CORPORATION, a Missouri corporation,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST (FED. R. CIV. PROC. 7.1; CIV. L.R. 40.2)** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, and Civil Local Rule 40.2, the undersigned, counsel of record for Plaintiff, 888extramoney.com, LLC, d/b/a extrameasures, LLC, certifies that there is no parent corporation or any

///
///
///
///
///

ORIGINAL

LA1758562.1
081240-10001

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  publicly held company owning 10% or more of Plaintiff's stock.

2

3  Dated: April 22, 2008                    LOEB & LOEB LLP
                                            MICHAEL L. MALLOW
4

5                                           By: /s/ Michael L. Mallow
6                                               Michael L. Mallow
                                                Attorneys for Plaintiff
7                                               888EXTRAMONEY.COM, LLC, d/b/a
                                                EXTRAMEASURES, LLC
8