FILED
08 APR 30 AM 11:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 888EXTRAMONEY.COM, LLC, d/b/a/ EXTRAMEASURES, LLC, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>MERIDIAN ENTERPRISES CORPORATION, a Missouri corporation,<br><br>Defendant. | CASE NO. 08cv0729 BEN (BLM)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR AN ORDER TO FILE COMPLAINT UNDER SEAL |

On April 22, 2008, Plaintiff has submitted an application for an order to file the Complaint in this case under seal. After careful consideration of the submission, Plaintiff's application is DENIED.

"Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). There is a "strong presumption" that the public has "a general right to inspect and copy public records and documents, including judicial records and documents." *Hagestad*, 49 F.3d at 1434 (citing *Nixon*, 435 U.S. at 597). The strong presumption of access is overcome by a showing that "disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Hagestad*, 49 F.3d at 1434 (internal citations omitted).

1  In this case, Plaintiff failed to make such a showing.  Plaintiff simply asserts that it "is not
2  in a position to assess whether the [Complaint] merits confidential treatment."  The Court's careful
3  review of the Complaint has not revealed sufficiently compelling reasons to justify sealing the
4  Complaint in this case.  Accordingly, Plaintiff's application for an order to file the Complaint in
5  this case under seal is DENIED.
6  **IT IS SO ORDERED.**
7
8  DATED: 4/29/08
9  ROGER T. BENITEZ
   United States District Judge