1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  DARLENE M. CHO (SBN 251167)
   dcho@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:  310-282-2200

6  Attorneys for Plaintiff
   888EXTRAMONEY.COM, LLC, d/b/a
7  EXTRAMEASURES, LLC

8

9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  888EXTRAMONEY.COM, LLC, d/b/a )   Case No.  3:08-cv-00729-BEN-BLM
    EXTRAMEASURES, LLC, a Delaware )
13  corporation,                   )   Assigned to Hon. Roger T. Benitez
                                   )
14            Plaintiff,           )
                                   )
15       v.                        )   **STIPULATION OF VOLUNTARY**
                                   )   **DISMISSAL**
16  MERIDIAN ENTERPRISES           )
    CORPORATION, a Missouri        )
17  corporation,                   )
                                   )
18            Defendant.           )
    _____)

19

20

21

22

23

24

25

26

27

28

1      It is hereby stipulated by and between the parties that the above-captioned

2  action, including all claims asserted therein, be and hereby is dismissed with

3  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its

4  own costs and attorneys' fees.

5

6                                         Respectfully Submitted,

7  Date:  August 29, 2008                 extrameasures, LLC

8                                         By: _____/s/_____

9                                              Darlene M. Cho
                                               Michael Mallow
10                                             LOEB & LOEB LLP
                                               10100 Santa Monica Blvd
11                                             Suite 2200
12                                             Los Angeles, California  90067
                                               (310) 282-2000
13

14                                             Edward H. Rice
                                               Marina N. Saito
15                                             Steven M. Lubezny
16                                             LOEB & LOEB LLP
                                               321 North Clark
17                                             Suite 2300
18                                             Chicago, Illinois  60610
                                               (312) 464-3100
19

20

21 Date:  August 29, 2008                 Meridian Enterprises Corporation

22                                         By: _____/s/_____

23                                             Spiro Bereveskos
                                               WOODARD, EMHARDT,
24                                             MORIARTY, McNETT &
                                               HENRY LLP
25                                             111 Monument Circle, Suite 3700
26                                             Indianapolis, Indiana 46204
                                               (317) 634-3456

27

28

## PROOF OF SERVICE

I, Mary Osby, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On August 29, 2008, I served a true copy of the **STIPULATION OF VOLUNTARY DISMISSAL** on the parties in this cause as follows:

[X]    (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

Spiro Bereveskos                                    Attorney for Defendant
Chase Tower
111 Monument Circle
Suite 3700
Indianapolis, Indiana 46204
Email: judy@uspatent.com

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2008, at Los Angeles, California.


/s/_____
Mary Osby